

# Brown, Hay & Stephens
LEGAL COUNSEL

205 S. Fifth Street  
Suite 700  
P O Box 2459  
Springfield, Illinois 62705  
TEL 217 544 8491  
FAX 217 544 9609  
www.bhslaw.com

Scott C. Helmholz, Attorney  
shelmholz@bhslaw.com  
Direct Ext. 229

February 21, 2003

**VIA CERTIFIED MAIL**  
**RETURN RECEIPT REQUESTED**  
Mr. Ivan Huntoon  
U.S. Department of Transportation  
Office of Pipeline Safety, Central Region  
901 Locust Street, Suite 462  
Kansas City, MO  64106-2641

RE: **Notice of Alleged Violation, 49 U.S.C. Chapter 601; Title 49, C.F.R., Part 192, Natural Gas Pipeline Company of America ("NGPL"), Loudon Gas Storage Field, St. Elmo, Fayette County, Illinois**

Dear Mr. Huntoon:

Pursuant to Chapter 601 of Title 49 of the United States Code and Title 49 C.F.R., Part 192, notice is hereby provided to the Secretary of Transportation of the following facts and circumstances relating to NGPL's Loudon Gas Storage Field in Fayette County, Illinois:

NGPL's Loudon Natural Gas Storage Field located near St. Elmo, in Effingham and Fayette Counties, Illinois, was certificated by the Federal Power Commission (n/k/a the Federal Energy Regulatory Commission or "FERC") on May 31, 1966. NGPL purportedly obtained certain storage rights in the field in 1964. NGPL has reported to FERC that its Loudon Gas Storage Field occupies "a depleted oil reservoir" and the Illinois State Geological Survey ("ISGS") has reported that "[t]he Loudon project is the only former oil reservoir used for gas storage in Illinois". During the 35-plus years since its original development, as a result of the occurrence and/or concurrence of the circumstances or forces described herein, the geological structure originally intended to function as a "cap rock" over the storage zones has apparently lost integrity allowing a dangerous migration of storage gas to adjacent wellbores, higher subsurface strata, and the surface. These circumstances and forces may have also created mechanical/structural integrity problems in NGPL's injection/withdrawal wells providing additional avenues for



1



PLAINTIFF'S EXHIBIT 4



Brown, Hay & Stephens
LEGAL COUNSEL

Ivan Huntoon
February 19, 2003

high-pressure storage gas to reach the surface as well as to enter wellbores of the adjacent producer-operator. These circumstances and forces include the following:

1. NGPL utilizes the "Grand Tower" dolomitic limestone as its gas storage reservoir; this formation has porosity of about 15%, and generally lies at depths 3,000 feet below the surface of the Loudon Field. Approximately 85 feet of "Cedar Valley" limestone, a dense limestone which forms a semi-permeable barrier to gas migration, lies immediately above the Grand Tower. Approximately 100 feet of New Albany Shale lies above the Cedar Valley. The ISGS describes the New Albany Shale as "the ultimate cap rock" in the Loudon Gas Storage Field.

    The New Albany Shale is a porous strata filled with water and natural gas. It is capable of commercial gas production in some areas of Indiana and Illinois. Like most shales, the New Albany Shale tends to be horizontally layered, with limited vertical permeability between the layers. However, the effective vertical permeability increases greatly with fracturing. Fracturing of the New Albany Shale is caused by stress to the formation after it has been deposited. This stress can be caused by geological movement. Geological movement is evidenced in this area by the large Loudon anticlinal feature and the presence of geological faults on the northwest side of the structure. In addition, the structural relief in this field is over 150 feet. The most basic geological evaluation today would raise serious reservations as to the ability of the New Albany Shale to function effectively as a cap rock.

    There are currently no other fields in Illinois which utilize this combination of geological strata for gas storage operations. However, in the early 1960's, the Nevins, Elbridge and State Line Projects all were developed utilizing the Grand Tower Dolomite for the storage zone with the New Albany Shale as cap rock. Since the mid-1970's, each of these projects has been abandoned and storage operations discontinued. In addition, the Brocton and Hume fields involved Grand Tower reservoirs with New Albany Shale cap rock and were tested for gas storage use in the mid-1970's but never developed. While the details of these abandonment decisions are not public, it is probable that poor containment was an issue. The 1973 Illinois State Geological Survey underground storage publication indicates that the Elbridge Project utilized observation wells in the Carper sand above the NAS to monitor storage gas migration through the New Albany Shale.

2


Brown, Hay & Stephens
LEGAL COUNSEL

Ivan Huntoon
February 19, 2003

> NGPL itself has recently acknowledged in court papers that its high-pressure storage gas has entered the New Albany Shale in the Loudon field. [See, NGPL's <u>Emergency Motion For Temporary Restraining Order and Preliminary Injunction</u>, Case No. 2002-CH-48, at paragraph 14: " . . . defendants intend to perforate the cap rock at (2,900 feet below surface) . . . [t]he only gas in the area between 2,900 and 3,100 feet deep is NGPL's gas in the Devonian."] In conversations with representatives of the adjacent producer-operator, Petco Petroleum, on November 6, 2002, NGPL's field superintendent Gary Buchler stated that Petco would encounter NGPL's high-pressure storage gas if Petco perforated the New Albany Shale in Petco's L. Wood No. 22 well. These statements demonstrate NGPL's knowledge that storage gas has escaped from the Grand Tower upward through the Cedar Valley and into the New Albany Shale, a poorly defined geologic strata with no effective mechanism for containment.

2. Blasting from nearby quarry operations: For approximately 25 years, Winters Stone Company operated a crushed limestone quarry operation immediately adjacent to and above the Loudon Field and conducted regular blasting operations in connection therewith. NGPL complained to the quarry operators concerning the deleterious effect of blasting in close proximity to NGPL's pipelines, wells, and storage facilities. NGPL had approximately 6 to 8 wells actually located within the boundaries of the quarry's operations and approximately 6 wells within 660 feet outside of the quarry. NGPL's concerns about the proximity of blasting led it to file suit against the quarry operator in 1991 in an attempt to restrict blasting operations.

3. Over 100 oil wells have been completed in NGPL's Grand Tower storage reservoir, many of which were drilled and completed in the early 1940's. Although some of these wells have since been plugged and abandoned, the integrity of the cement to formation interface in both the plugged and active wells is unquestionably suspect. The existence of 60-year-old cement in some of these wells, in close proximity to quarry blasting operations, raises serious concerns as to the mechanical integrity of these wells and their susceptibility to cracks and fissures in the cement sheath around the casing that could easily provide a conduit to the surface or to

3



Brown, Hay & Stephens
LEGAL COUNSEL

Ivan Huntoon
February 19, 2003

    vertically adjacent and presently producing formations for NGPL's high-pressure storage gas.

4.     NGPL has experienced a number of pipeline leaks and at least one failure in the Loudon field area. In a 1996 FERC filing supporting the replacement of large sections of storage field pipeline, NGPL stated:

> Loudon laterals have experienced a number of corrosion leaks since 1993 and a failure in 1996. The high internal corrosion rate in the pipe is attributed to both bacterial corrosion and longitudinal seam corrosion that is enhanced by the combination of hydrogen sulfide and water.

    These same factors, bacteria, hydrogen sulfide and water, could have similar corrosive effects on NGPL's injection wells and put them at high risk for failure.

5.     Since NGPL began storage operations in the 1960's the area has experienced several incidents where gas was found at the surface. In the lowest areas of the quarry, water would collect. Apparently in communication with underlying permeable formations, a pathway to the surface for both water and gas had been established. It is common knowledge in the area (and verified by Mr. Richard Kabbes, one of the quarry's owner/operators) that the gas would occasionally ignite and burn, providing the illusion of the water being on fire.

6.     In 1997, Winters Stone Quarry initiated action against NGPL asserting that they had suffered damage due to storage gas leaking to the surface. In the course of that proceeding, Sigma Consultants performed a geological study which fully describes and confirms the storage gas leakage. Some of the key points of the study are:

- Numerous incidents of gas leaking at the surface
- Geological evaluation confirmed the presence of two fault lines within the storage field boundary. This would provide a pathway for leakage of storage gas from the Grand Tower reservoir. The report specifically references "Leakage through and along faults or through fractures within the caprock of the Loudon gas reservoir."

4



## Brown, Hay & Stephens
LEGAL COUNSEL

Ivan Huntoon
February 19, 2003

- The advanced age of the wells leading to loss of mechanical integrity and providing a pathway for leakage to the surface
- The report indicates that NGPL operates the storage field up to a pressure of 1675 psia, 325 psia over the discovery (or natural) pressure of the field. At a depth of 3000 ft, this pressure is in the range that dolomite and limestone undergo spontaneous fractures.
- The high pressure cycling may have opened up the existing fault/fracture system, allowing gas leakage.
- Probable leakage from pipelines

The quarry operators obtained a jury verdict for damages based on allegations that NGPL "stored its gas at unreasonably high and unsafe levels of pressure which caused the gas to escape from the reservoir . . . [and] failed to properly maintain the G. Weaber No. 6 well, causing natural gas to escape from the casing of the well and to migrate onto the Plaintiff's property . . ."

The quarry discontinued operations after that due to safety issues associated with gas leaking to the surface.

7. Several other instances of surface gas problems in the Loudon field exist. In June, 1992, the Beecher City Volunteer Fire Department responded to an explosion in a wellhouse near the Turpin residence in the Loudon field. The Turpins charged that the explosion and property damage resulted from "a near-surface corrosion leak in the production casing of one of [NGPL's] injection/withdrawal wells" and that NGPL had "stored its natural gas in a non-confined reservoir which permitted the gas to migrate . . . and stored its gas at unreasonably high and unsafe levels of pressure which caused the gas to escape from the resevoir." NGPL has also conducted gas monitoring in the home and water well of Millard Mills, whose residence is situated on the surface of the Loudon field.

## CONCLUSION

The circumstances and forces described above provide grounds for the Secretary to conclude that the continued operation of NGPL's Loudon Gas Storage field is or would be hazardous to life,



Ivan Huntoon
February 19, 2003

property, and/or the environment, thereby warranting corrective action, including but not limited to, cessation of high-pressure gas storage operations.

Truly yours,

Scott C. Helmholz

SCH/nab
cc:   Natural Gas Pipeline Company of America
      Illinois Commerce Commission

F:\WPWIN60\SCHCLIEN\PETCO\LOUDEN.4

6